Dismissed and Memorandum Opinion filed October 16, 2003









Dismissed and Memorandum Opinion filed October 16,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00865-CV

____________

 

HENRY P. WU a/k/a PEM LI WU, SHUN
CHIN WE, and I-10 COLONY, INC., Appellants

 

V.

 

CHAO KUAN LE, LI YANG LEE and LI
HSIANG CHANG, Appellees

 



 

On Appeal from the 151st District
Court

Harris County, Texas

Trial Court Cause No. 99-51016

 



 

M E M O R A N D U M   O
P I N I O N

This is an accelerated appeal from a temporary injunction
signed July 15, 2003.  On October 7,
2003, appellants filed a motion to dismiss the appeal because the trial court
signed an order on September 29, 2003 dissolving the temporary injunction,
thereby rendering the issues in this appeal moot.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 16, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.